EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Gladys Fernández de Ruiz | 2007 TSPR 26<br><br>170 DPR \_\_\_\_ |

Número del Caso: TS-3109

Fecha: 16 de febrero de 2007

Abogada de la Parte Peticionaria:

                    Lcda. Nydia M. Díaz Buxó

Oficina del Procurador General:

                    Lcda. Minnie H. Rodríguez López
                    Procuradora General Auxiliar

Comisión de Ética del Colegio de Abogados de Puerto Rico:

                    Lcda. María de Lourdes Rodríguez
                    Oficial Investigadora

Oficina de Inspección de Notarías:

                    Lcda. Marla D. Ríos Díaz
                    Directora Interina

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Gladys Fernández de Ruiz                TS-3109

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de febrero de 2007.

Examinada la moción de reinstalación de Gladys Fernández de Ruiz y habiendo concluido el término de su suspensión, se autoriza su solicitud y se reinstala a la Lcda. Gladys Fernández de Ruiz únicamente al ejercicio de la abogacía.

Simultáneamente, se le concede un término de treinta (30) días para subsanar las deficiencias encontradas en su obra notarial por la Oficina de Inspección de Notarías.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López y Rivera Pérez no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo